UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

Christopher Litrell in his official capacity as the President of the P25R Parent Teacher Association *et al*.,

                                                Plaintiffs,

-against-

New York City Department of Education *et al*.,

                                                Defendants.

------------------------------------------------------------------------ x

**NOTICE OF REMOVAL**

Richmond County Supreme Court
Index No. 151831/2021

21-CV-

**TO THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**:

        Defendants New York City Department of Education, the City of New York, and Mayor Bill de Blasio ("Defendants"), by their attorney, Georgia M. Pestana, Corporation Counsel of the City of New York, in accordance with 28 U.S.C. §§ 1441 (a) and (c) and 1446, respectfully state:

        1.    Defendants hereby petition this Court for removal of the above-captioned action, which is now pending in the Supreme Court of the State of New York, County of Richmond, bearing Index No. 151831/2021.

        2.    On September 29, 2021, Plaintiffs effected service on Defendants. A copy of the Summons and Complaint dated September 29, 2021, filed by Plaintiffs via the New York State Courts Electronic Filing System in the Supreme Court of the State of New York, County of Richmond, is annexed hereto as Exhibit A.

3.  This action is removable to this Court pursuant to 28 U.S.C. §§ 1441 (a) and (c). The Complaint alleges that Defendants will violate Plaintiffs' rights under the Individuals with Disabilities Education Act (IDEA), a federal statute, by implementing a vaccination mandate for teachers and staff who work in Department of Education school buildings, because the mandate will allegedly interfere with the implementation of Individualized Education Programs (IEPs) of students with disabilities. The requirements for creating and implementing IEPs are codified in the IDEA and in its implementing regulations. See 20 U.S.C. 1400 *et seq.*, Honig v. Doe, 484 U.S. 305 (1988); Ex. A, Complaint, at paragraph 13.

4.  This Court has original jurisdiction of the foregoing federal claims under the provisions of 28 U.S.C. § 1331.

5.  The within Notice of Removal is hereby filed within thirty (30) days of Defendants' receipt of Plaintiffs' Complaint.

6.  All defendants consent to the removal of the above captioned action.

7.  Defendants will promptly serve a copy of this Notice of Removal on Plaintiffs' counsel, and will file a copy of this Notice of Removal with the Clerk of the Supreme Court of the State of New York, County of Richmond, pursuant to 28 U.S.C. §1446(d).

8.  Defendants reserve all claims and defenses, including, without limitation, those set forth in Rule 12(b) of the Federal Rules of Civil Procedure.

**WHEREFORE**, Defendants respectfully request that the above-captioned action now pending in the Supreme Court of the State of New York, County of Richmond, be removed therefrom to this Court.

Dated: New York, New York
October 1, 2021

          GEORGIA M. PESTANA
          Corporation Counsel of the City of New York
          Attorney for Defendants
          100 Church Street, Room 2-113
          New York, New York 10007
          (212) 356-0871
          mtoews@law.nyc.gov

By:    s/ Mark G. Toews
        MARK G. TOEWS
        Assistant Corporation Counsel

To: **BY REGULAR MAIL and EMAIL**
Turturro Law, P.C.
Natraj S. Bhushan, Esq.
1602 McDonald Avenue
Brooklyn, NY 11230
718-384-2323
natraj@turturrolawpc.com